Matthew Adam Jay, D-55653
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

Petitioner in pro se

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

RE: FILING WRIT OF HABEAS CORPUS

Clerk of the Court:

    Please find enclosed the original of my federal writ of habeas corpus and separately the memorandum of law.

    Because of delays, and sometimes lost writs by the prison trust office, I am submitting my writ without the filing fee and respectfully request that you send me notice of filing fee due and I will make arrangements for remittance of the fee through my family. I apologize for any inconvenience this causes, but I just cannot trust the prison trust office. Thank you in advance for your understanding.

    Please be advised that I have two writs pending before the Honorable Claudia Wilken. Thank you.

Respectfully submitted

Matthew Adam Jay
Petitioner in pro se

RECEIVED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CV 08    1998    CW    (PR)