IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW A. JAY,<br><br>            Petitioner,<br><br>    v.<br><br>BEN CURRY, Warden,<br><br>            Respondent.                    / | No. C 08-01998 CW (PR)<br><br>ORDER DIRECTING PETITIONER TO FILE RESPONSE AND ADDRESSING PENDING MOTION |

    Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole by the California Board of Parole Hearings.  The Court issued an order to show cause.

    On November 12, 2008, the Court granted habeas relief in Petitioner's prior habeas action, Case No. C 06-1795 CW (PR). Respondent in that action subsequently filed an appeal to the Ninth Circuit as well as a motion to stay the Court's November 12, 2008 Order and Judgment pending the resolution of the appeal. Petitioner's attorney in that action, Steve M. Defilippis, has filed a response to the motion.  Mr. Defilippis notified the Court that Petitioner was found suitable for parole at his August 12, 2008 hearing; however, that decision is not final and is still subject to the Governor reversing the grant of parole until January 9, 2009.  Attorney Defilippis stated that he did not object to a temporary stay of forty-five days from the January 9, 2009 deadline.

    In light of the proceedings in his prior habeas action, the Court directs Petitioner to file a response no later than <u>fourteen (14) days</u> of the date of this Order as to whether he is not opposed

1  to a similar temporary stay in this action.  If Petitioner fails to
2  respond by the fourteen-day deadline, the Court will grant a
3  temporary stay in this action.
4      The Clerk of the Court is directed to send a copy of this
5  Order to Mr. Defilippis at Picone & Defilippis, APLC, 625 N. First
6  Street, San Jose, California 95112.
7      IT IS SO ORDERED.
8  Dated:  1/9/09



CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MATTHEW A JAY,

        Plaintiff,

  v.

ARNOLD SCHWARZENEGGER et al,

        Defendant.
                                          /

Case Number: CV08-01998 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew Adam Jay D-55653
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

Steven Grant Warner
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

```
Mr. Defilippis
Picone & Defilippis, APLC
625 N. First Street
San Jose, California 95112.
```

Dated: January 9, 2009

                                    Richard W. Wieking, Clerk
                                    By: Sheilah Cahill, Deputy Clerk